UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

In Re:

**JASON WAYNE VAUGHN**

CASE NUMBER: 25-60666

      Debtor,
_____/     CHAPTER 13

**FARMERS BANK OF APPOMATTOX.**
      Movant/Plaintiff,

Vs.

**JASON WAYNE VAUGHN, DEBTOR**
4137 Warminster Church Road
Buckingham, VA 23921

      Debtor/Defendant

**ANGELA M. SCOLFORO, TRUSTEE**

**NOTICE OF MOTION FOR RELIEF FROM STAY
AND NOTICE OF HEARING**

    The Farmers Bank of Appomattox, Plaintiff herein, filed its Motion to Dismiss with Restrictions on Re-filing with the Court seeking dismissal with prejudice and restrictions pursuant to 11 U.S.C. Section 349(a) to enable them to proceed with the foreclosure of its Deed of Trust.

    **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one.**

    If you do not wish the Court to grant the relief sought in the Motion, or if you want the Court to consider your views on the Motion, you must file a response explaining your position with the Court at: Office of the Clerk, United States Bankruptcy Court, 1101 Court Street, Rm.

1

166, Lynchburg, Virginia 24504 and serve a copy on the Movant: Sherwood S. Day, Esq. or Justin C. Smart, Esq., Day Law Group, Attorneys at Law, P.O. Box 1168, Forest, Virginia 24551.

Unless a written response is filed and served within this twenty-one (21) day period, the Court may deem opposition waived, treat the Motion as conceded, and issue an order granting the requested relief without further notice or hearing.

**NOTICE IS HEARBY GIVEN THAT A HEARING ON THIS MOTION WILL BE HELD AT THE UNITED STATES BANKRUPTCY COURT, WESTERN DISTRICT OF VIRGINIA, ON JULY 31, 2025 AT 9:30 A.M. THIS HEARING WILL BE CONDUCTED BY ZOOM. THE ZOOM MEETING ID FOR THIS HEARING IS 160 369 2643. THE URL FOR THIS ZOOM MEETING IS https://vawb-uscourts-gov.zoomgov.com/j/1603692643**

If you mail your response to the Court for filing, you must mail it early enough so that the Court will receive it on or before the expiration of the twenty-one (21) day period.

**THE FARMERS BANK OF APPOMATTOX**

By: /s/ Sherwood S. Day
Of Counsel

Sherwood S. Day, Esq.
State Bar Number: 15128
PO Box 1168
Forest, VA 24551
Phone: (434) 528-8877
Fax: (434) 846-4607
sday@daylawva.com
The Farmers Bank of Appomattox

By:/s/ Justin C. Smart
Of Counsel

Justin C. Smart, Esq.
State Bar Number: 88003
PO Box 1168
Forest, VA 24551
Phone (434) 528-8877

Fax: (434) 846-4607
jsmart@daylawva.com
The Farmers Bank of Appomattox

## CERTIFICATE OF SERVICE

       I hereby certify that on June 26, 2025, I electronically served a true copy of the foregoing Notice of Hearing to Angela M. Scolforo, Trustee, and mailed a true copy to the debtor, postage prepaid at 4137 Warminster Church Road, Buckingham, VA 23921

/s/ Sherwood S. Day
Sherwood S. Day, Esq.

/s/ Justin C. Smart
Justin C. Smart, Esq.